UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANE DOE, by her parents and guardian
SABRA SMITH and MARK SMITH,

    Plaintiffs,

        v.

JOHN SOBECK, CYNTHIA BROSKIE and
THE H GROUP BBT, INC.,

    Defendants.

Case No. 12-cv-1222-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court on the Joint Stipulation for Dismissal (Doc. 53) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this case.  Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation.  Therefore, the Court finds that this action is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED: February 4, 2014**

                                              s/J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**